#128737
/#110

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number:  09-36704 |
| Scott J. and Mariah K. Vollmer, | ) | Chapter 7 |
| Debtors. | ) | JUDGE MARY ANN WHIPPLE |

*FILED 2010 AUG -3 PM 3:23 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO*

## REPORT OF DIVIDENDS OF LESS
## THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned Trustee of the above-named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Toledo Clinic | P.O. Box 8708<br>Toledo, OH 43623 | $4.46 |

Check number 110 in the amount of $4.46 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Respectfully submitted,

July 28, 2010

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio  43604-1556
Phone:  (419) 243-6281
Fax:  (419) 243-0129